

**DUNCAN W. KEIR**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **15–26880 – LSS**   Chapter: **13**   Adversary No.: **17–00022**

**Karin A. Remington**
Debtor

**Karin A. Remington**
Plaintiff(s)

vs.

**Ditech Financial LLC**
Defendant(s)

## MEDIATION REPORT

The above signed Mediator conducted mediation in this adversary proceeding on November 7, 2017. No agreement was reached between the parties at that time. No request for further mediation has been communicated by the parties to the Mediator. Accordingly the Mediator reports that the mediation has been concluded unsuccessfully.

Duncan W. Keir, J.

cc:   by CM/ECF notification:
Attorney(s) for Plaintiff(s) – Sari Karson Kurland

Attorney(s) for Defendant(s) – Daniel Zev Herbst

44x04 (rev. 07/29/2016) – dkeir